# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1490

ASTRAZENECA AB, AKTIEBOLAGET HASSLE,
ASTRAZENECA LP, KBI INC., and KBI-E INC.,

          Plaintiffs-Appellants,

v.

HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD.,
HANMI FINE CHEMICAL CO., LTD.,
and HANMI HOLDINGS CO., LTD.,

          Defendants-Appellees.

Appeal from the United States District Court for the District of New Jersey in case no. 11-CV-0760, Judge Joel A. Pisano.

Authorized Abbreviated Caption[2]

ASTRAZENECA AB V HANMI USA, INC., 2013-1490

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.